ACCEPTED
05-15-00348-cr
FIFTH COURT OF APPEALS
DALLAS, TEXAS
10/6/2015 3:15:58 PM
LISA MATZ
CLERK

**April E. Smith**
Attorney at Law
P.O. Box 870550
Mesquite, TX 75187-0550
972-613-5751

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
10/6/2015 3:15:58 PM
LISA MATZ
Clerk

October 6, 2015

Lisa Matz, Clerk
Fifth Court of Appeals
600 Commerce Street, Suite 200
Dallas, TX  75202-6631

RE:   Tommy Lee Watkins v. State of Texas
      Cause No(s):  05-15-00348-CR

Dear Mrs. Matz:

I certify that on September 28, 2015, I sent a copy of this Court's judgment and opinion in this matter to Appellant at his last known address.  A copy of the receipt for mailing is attached. Along with the judgment and opinion, I included a letter advising Appellant of his right to file a pro se Petition For Discretionary Review pursuant to TEX. R. APP. P. 68 within thirty (30) days of the issuance of the opinion. A copy of the return receipt is attached indicating the letter was received on September 30, 2015.

Sincerely,

/s/ April E. Smith

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

BARTLETT, TX 76511

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $3.45 | $2.80 |
| Certified Fee | | $0.00 |
| | | $0.00 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.71 |
| Total Postage & Fees | $ | $6.96 |

0202
43

Postmark
Here

09/28/2015

Sent To **Tommy Lee Watkins**

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

7013 2250 0000 2025 2601

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tommy Lee Watkins
01980237
Bartlett Unit
1018 Arnold Dr.
Bartlett, TX 76511-4075

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *m. Glaser*                    ☒ Agent
                                 ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
m. Glaser                            9-30-15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail®        ☐ Priority Mail Express™
☐ Registered             ☐ Return Receipt for Merchandise
☐ Insured Mail           ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
(Transfer from service label)

7013 2250 0000 2025 2601

PS Form 3811, July 2013          Domestic Return Receipt